# EXHIBIT "4"



v c &lt;lilia@akivaofshteinpc.com&gt;

## Need ALL documents
3 messages

---

**v c** &lt;lilia@akivaofshteinpc.com&gt;  Mon, Jan 4, 2021 at 1:35 PM
To:
Cc: Arbitration &lt;arbitration@akivaofshteinpc.com&gt;

Good afternoon,
Please be advised that in order for us to fund your cases, we need ALL documents sent to us for Atlantic, Northern and East Coast. I would not be able to fund any incomplete cases.

Please send us ALL pending docs.


--

Very Truly Yours,


Lilia Ishvan

Office Manager

Akiva Ofshtein, P.C.

P.O. Box 090382

Brooklyn, NY 11209

Phone#:

  718-391-0200

Fax#: 718-391-0839

This email communication is confidential and is intended only for the
individual(s) or entity named above and others who have been specifically
authorized to receive it. If you are not the intended recipient, please do
not read, copy, use or disclose the contents of this communication to
others. Please notify the sender that you have received this e-mail in error
by replying to the e-mail or by telephoning (718)391-0200 during the hours
of 9:00am - 5:00pm (EST). Please then delete the email and any copies of it.

 Virus-free. www.avg.com