

**JOANNA ROSENBLATT**
Associate
(516) 357-3139
joanna.rosenblatt@rivkin.com

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

September 3, 2024

**VIA ECF**
Honorable Peggy Kuo
United District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Gov't Emps. Ins. Co. et al. v. Gary Grody a/k/a Lance Grody et al.*
            Case No.: 1:22-CV-06187(RER)(PK)

Dear Magistrate Judge Kuo,

Plaintiffs ("Plaintiffs" or "GEICO") submit this letter pursuant to Your Honor's August 13, 2024 Order.

The deposition of Gary Grody a/k/a Lance Grody ("Grody") is scheduled to take place this Friday, September 6, 2024. Plaintiffs will notify the Court should the deposition fail to proceed for any reason.

                              Very truly yours,

                              RIVKIN RADLER LLP

                              /s/ *Joanna Rosenblatt*
                              Joanna Rosenblatt, Esq.

cc:   All counsel via ECF

      Vadim Chervin
      36 Lake Drive
      North Brunswick, New Jersey 08902